BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
KEVIN P. ROONEY
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-352 LJO-SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER |
| ) | |
| v. ) | |
| ) | |
| MARK BAGDASARIAN and ) | |
| RYAN BAGDASARIAN, ) | |
| ) | |
| Defendants. ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elana S. Landau, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and agree that the status conference in this case, previously scheduled for June 4, 2012 at 1:00 p.m., be continued until July 16, 2012, at 1:00 p.m. before the Honorable Sheila K. Oberto.

    The reason for this request is the parties' need for further investigation, discovery, and plea negotiations. The parties have agreed that the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation. Counsel for Mark Bagdasarian is currently in trial in state court and anticipates that trial will take approximately one month. Furthermore, the government has not yet made an offer based on a pending superseding indictment.

1

The parties agree that time shall be excluded to and through the date of the status conference in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case and that, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: May 31, 2012    BENJAMIN B. WAGNER
                       United States Attorney

                       /s/ Elana S. Landau
                       ELANA S. LANDAU
                       Assistant U.S. Attorney

DATED: June 1, 2012    /s/ Anthony P. Capozzi
                       ANTHONY P. CAPOZZI
                       Attorney for Mark Bagdasarian

DATED: June 1, 2012    /s/ Jeremy Kroger
                       JEREMY KROGER
                       Attorney for Ryan Bagdasarian

1 | BENJAMIN B. WAGNER
United States Attorney
2 | ELANA S. LANDAU
KEVIN P. ROONEY
3 | Assistant U.S. Attorneys
4401 Federal Building
4 | 2500 Tulare Street
Fresno, California 93721
5 | Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:11-CR-352 LJO-SKO |
|---|---|
| Plaintiff, | ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| MARK BAGDASARIAN and RYAN BAGDASARIAN, | |
| Defendants. | |

IT IS SO ORDERED THAT the status conference in this case, currently scheduled for June 4, 2012, be continued until July 16, 2012, at 1:00 p.m., and good cause appearing therefore.

IT IS FURTHER ORDERED THAT due to the need for additional investigation, preparation in the case and plea negotiations, time shall be excluded to and through the date of the status conference in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendant and the government the reasonable time necessary for effective preparation and plea negotiations, taking into account the parties' due diligence in prosecuting the case.

18 U.S.C. § 3161(h)(7)(B)(iv).

///

///

3

The Court finds, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: **June 1, 2012**              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE