| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956 |
| | CHARLES J. LEE, Bar #221057 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

Attorneys for Defendant
RYAN BAGDASARIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-0352 LJO-SKO |
| | ) | |
| Plaintiff, | ) | *AMENDED* STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| v. | ) | HEARING |
| | ) | |
| MARK BAGDASARIAN, | ) | DATE: April 15, 2013 |
| RYAN BAGDASARIAN, | ) | TIME: 1:00 P.M. |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana S. Landau, Counsel for Plaintiff, Anthony P. Capozzi, Counsel for Defendant Mark Bagdasarian, and Charles J. Lee, Counsel for Defendant Ryan Bagdasarian, that the status conference in the above-captioned matter now set for February 4, 2013, **may be continued to April 15, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of all parties. Both defense counsel have engaged in substantive plea negotiations on the case and have met several times with the government. However, the parties have been unable to finalize the potential plea agreements as counsel for the government is currently in day 13 of jury trial before Judge Ishii. The parties believe with the additional time a pretrial resolution will be reached in this case.

The requested continuance is with the intention of conserving time and resources for both

parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 30, 2013         By: /s/ Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DATED: January 30, 2013             /s/ Anthony P. Capozzi
                                    ANTHONY P. CAPOZZI
                                    Attorney for Defendant
                                    Mark Bagdasarian

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

DATED: January 30, 2013         By: /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    Ryan Bagdasarian

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties are to be prepared to select a mutually agreeable trial date at the April 15, 2013, hearing if they are unable to achieve a pretrial resolution prior to that date.

IT IS SO ORDERED.

**Dated:     January 31, 2013              /s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

Bagdasarian: *Amended* Stipulation and Proposed Order         -2-